LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
Phone: 702-258-3034
E-Service: court@lesstovall.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PATRICK MOERS,

        Plaintiff,

vs.

DEBRA MARCH, individually; ROBERT MURNANE, individually; JOSH REID, individually; TODD PETERS, individually; JENNIFER FENNEMA, individually; BARBARA BRABENEC, individually; MIRANDA RAMOS, individually; CLARISSA ROCKWELL, individually; MICHAEL JOHNSTON, individually; and DOES 1-50,

        Defendants.

CASE NO.: 2:18-cv-01418-JCM-NJK

## STIPULATION TO EXTEND TIME FOR PLAINTIFF'S FILING OF OPPOSITION AND REPLIES TO DEFENDANT JOSH REID'S MOTION TO DISMISS

## (FIRST REQUEST)

The parties through their respective counsel hereby stipulate to extend the time for the filing of the Plaintiff's opposition to Defendant Josh Reid's Motion to Dismiss and the joinders therte [ECF Nos. 4-7] from August 21, 2018 to August 28, 2018 and the filing of the Defendants' replies to the Plaintiffs opposition to the motion to dismiss to September 11th, 2018. This is the first request for an extension of time to file an opposition and reply to Defendant Josh Reid's motion to dismiss.

1  //

2  //

3  //

4  *Case No.: 2:18-cv-01418-JCM-NJK*
   *First Request to Extend Time*

5

6  Dated this ___ August, 2018.                    Dated this ___ August, 2018

7  /s/ *Leslie Mark Stovall*                       /s/ *F. Thomas Edwards*

8  Leslie Mark Stovall, Esq.                       F. THOMAS EDWARDS, ESQ.
   Nevada Bar No. 2566                             Nevada Bar No. 9549
9  STOVALL & ASSOCIATES                            HOLLEY DRIGGS WALCH FINE
   2301 Palomino Lane                              WRAY PUZEY THOMPSON
10 Las Vegas, NV 89107                             400 South Fourth Street, 3rd Floor
   E-mail: les@lesstovall.com                      Las Vegas, NV 89101
11 *Attorneys for Plaintiff Patrick Moers*         E-mail: tedwards@nevadafirm.com
                                                   *Attorneys for Defendant Robert*
12                                                 *Murnane*

13

14 Dated this ___ August, 2018.                    Dated this ___ August, 2018.

15
   /s/ *Patrick G. Byrne*                          /s/ *Dylan T. Ciciliano*
16
   PATRICK G. BYRNE, ESQ.                          ERIKA PIKE TURNER, ESQ.
17 Nevada Bar No. 7636                             Nevada Bar No. 6454
   EVAN HALL, ESQ.                                 DYLAN T. CICILIANO
18 SNELL & WILMER, LLP                             Nevada Bar No. 12348
   3833 Howard Hughes Pkwy., Suite 1100            GARMAN TURNER
19 Las Vegas, NV 89169                             GORDON, LLP
   E-mail: pbyrne@swlaw.com                        650 White Drive, Suite 100
20 *Attorneys for Defendant Debra Mar*             Las Vegas, NV89119
                                                   E-mail: eturner@gtg.legal
21                                                 *Attorneys for Defendants*
                                                   *Todd Peters, Jennifer Fennema,*
22                                                 *Barbar Brabenec, Miranda*
                                                   *Ramos, Clarissa Rockwell and*
23                                                 *Michael Johnston*

24

25

26

27 //

28 //

//

//

Case No.: 2:18-cv-01418-JCM-NJK
First Request to Extend Time


Dated this ___ August, 2018.


/s/ Tamara Beatty Peterson
_____
TAMARA BEATTY PETERSON, ESQ.
Nevada Bar. No. 5218
PETERSON BAKER, PLLC
10001 Park Run Drive
Las Vegas, NV 89145
E-mail: tpeterson@petersonbaker.com
Attorneys for Defendant Josh Reid



      It is so ordered August 24, 2018.


_____
UNITED STATES DISTRICT JUDGE

Submitted by:


   /s/ Leslie Mark Stovall
_____
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: 702.258.3034
Fax: 702.258.0093

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __22__ day of August, 2018, service of the foregoing **STIPULATION TO EXTEND TIME FOR PLAINTIFF'S FILING OF OPPOSITION AND REPLIES TO DEFENDNAT JOSH REID'S MOTION TO DISMISS (FIRST REQUEST)** was made this date via CM/ECF addressed as follows:

| | |
|---|---|
| F. Thomas Edwards, Esq.<br>HOLLEY DRIGGS WALCH FINE<br>WRAY PUZEY THOMPSON<br>400 S. 4TH Street, 3RD FLOOR<br>Las Vegas, NV 89101<br>*Attorneys for Defendant Robert Murnane* | Patrick G. Byrne, Esq.<br>Evan Hall, Esq.<br>SNELL & WILMER, LLP<br>3883 Howard Hughes Pkwy., Suite 1100<br>Las Vegas, NV 89169<br>*Attorneys for Debra March* |
| Erika Pike Turner, Esq<br>GARMAN TURNER GORDON, LLP<br>650 White Drive, Suite 100<br>Las Vegas, NV 89119<br>*Attorneys for Defendants Todd Peters Jennifer Fennema, Barbara Brabenec, Miranda Ramos, Clarissa Rockwell and Michael Johnston* | Tamara Beatty Peterson, Esq.<br>PETERSON BAKER, PLLC<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>*Attorney for Defendant Josh Reid* |

/s/ _____
An employee of Stovall & Associates